UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Craig O'Neil
                    Plaintiff,

v.                                          Case No.: 1:25−cv−10065
                                            Honorable Steven C. Seeger

United States of America
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 29, 2025:

    MINUTE entry before the Honorable Steven C. Seeger: Petitioner O'Neil's unopposed motion for additional relief (Dckt. No. [12]) is hereby granted. The Court hereby directs the Clerk of Court to make a minute entry in the criminal case (20−cr−371) reflecting the filing of this section 2255 action, and reflecting the vacatur of O'Neil's conviction and sentence. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.